**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6792**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

GONZALES MARCH, a/k/a Gun, a/k/a Gon,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.    Cameron McGowan Currie, Senior
District    Judge.      (3:08-cr-00590-CMC-6;    3:12-cv-01977-CMC;
3:10-cv-70924-CMC)

———————

Submitted:  September 9, 2015      Decided:  September 14, 2015

———————

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gonzales March, Appellant Pro Se. Jimmie Ewing, Stanley D.
Ragsdale, Julius Ness Richardson, John David Rowell, Assistant
United States Attorneys, James Chris Leventis, Jr., OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gonzales March appeals the district court's order dismissing his Fed. R. Civ. P. 60(b) motion, after construing it as an unauthorized successive 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. March, Nos. 3:08-cr-00590-CMC-6; 3:12-cv-01977-CMC; 3:10-cv-70294-CMC (D.S.C. May 7, 2015). We deny March's motion to supplement a request for a certificate of appealability as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED